**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**VERONICA E COPE**                                                                                     **PLAINTIFF**

**v.**                                   **Case No. 3:21-cv-00106-JTK**

**KILOLO KIJAKAZI,**                                                      **DEFENDANT**
**Acting Commissioner
Social Security**

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 17) Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

SO ORDERED THIS 27th day of January, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE